# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 7** |
| **WILLIAM D. KWIATEK,** ) | **Case No. 07-11753-WCH** |
| ) | |
| **Debtor.** ) | |

## CERTIFICATE OF SERVICE

I, Kathleen R. Cruickshank, hereby certify that on October 15, 2018, I caused a copy of the *Status Report* to be served via this Court's CM/ECF system and/or first class mail, postage prepaid, on the parties listed on the attached service list.

/s/ *Kathleen R. Cruickshank*
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING, P.C.
One Beacon Street
Boston, MA  02110
Tel:  (617) 423-0400
Fax: (617) 423-0498
Email:  kcruickshank@murphyking.com

Dated:  October 15, 2018

749349v1/5021-001

**WILLIAM D. KWIATEK**
**Case No. 07-11753-MSH**
**CM/ECF SERVICE LIST**

**<u>VIA CM/ECF</u>**

- Stephen A Cain    stephenaustincain@hotmail.com, dainrbirkley@hotmail.com
- Daniel C. Cohn    dcohn@murthalaw.com, lmulvehill@murthalaw.com
- Kathleen R. Cruickshank    kcruickshank@murphyking.com, bankruptcy@murphyking.com;asavoia@murphyking.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- David C. Fixler    dfixler@rubinrudman.com
- William H. Harris    wharris@zwickerpc.com
- Robert A. McCall    rmccall@peabodyarnold.com
- Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com
- Andrew M. Osborne    ozzvis@yahoo.com, Contact@osbornefontelaw.com
- Timothy M. Pomarole    tpomarole@peabodyarnold.com
- Nicholas L. Triantos    nltlaw@comcast.net, G3651@notify.cincompass.com
- Stephen Valente    SV@DGANDL.COM, kjb@dgandl.com;mbd@dgandl.com;jf@dgandl.com;ks@dgandl.com;lk@dgandl.com

**<u>VIA FIRST CLASS MAIL</u>**

Craig Jalbert
Verdolino & Lowey, P.C.
124 Washington St.
Foxboro, MA 02035