# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) <br> ) <br> ) Chapter 7 <br> ) Case No. 07-11753-MSH <br> ) <br> ) <br> ) <br> ) |
| WILLIAM D. KWIATEK, | |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Richard E. Mikels, hereby certify that on January 31, 2019, I caused a copy of the *Response to Status Report of Trustee* [Dkt. No.304] to be served via this Court's CM/ECF system and/or first class mail, postage prepaid, on the parties listed on the attached service list.

Dated: January 31, 2019            By      */s/ Richard E. Mikels*
                                                        Richard E. Mikels (BBO No. 345620)

**WILLIAM D. KWIATEK**
**Case No. 07-11753-MSH**
**CM/ECF SERVICE LIST**

**VIA CM/ECF**

- Stephen A Cain stephenaustincain@hotmail.com, dainrbirkley@hotmail.com
- Daniel C. Cohn dcohn@murthalaw.com, lmulvehill@murthalaw.com
- Kathleen R. Cruickshank kcruickshank@murphyking.com; bankruptcy@murphyking.com; asavoia@murphyking.com
- John Fitzgerald USTPRegion01.BO.ECF@USDOJ.GOV
- David C. Fixler dfixler@rubinrudman.com
- William H. Harris wharris@zwickerpc.com
- Robert A. McCall rmccall@peabodyarnold.com
- Harold B. Murphy mxc@hanify.com, ma33@ecfcbis.com
- Andrew M. Osborne ozzvis@yahoo.com, Contact@osbornefontelaw.com
- Timothy M. Pomarole tpomarole@peabodyarnold.com
- Nicholas L. Triantos nltlaw@comcast.net, G3651@notify.cincompass.com
- Stephen Valente SV@DGANDL.COM, jb@dgandl.com;mbd@dgandl.com; jf@dgandl.com; ks@dgandl.com; lk@dgandl.com

**VIA FIRST CLASS US MAIL**

Kathleen R. Cruickshank
Murphy & King, P.C.
One Beacon Street
Boston, MA 02108