# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| **WILLIAM D. KWIATEK,** | ) | **Case No. 07-11753-WCH** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Kathleen R. Cruickshank, hereby certify that on February 13, 2019, I caused a copy of the *Joint Motion by Chapter 7 Trustee and Excalibur, LLC to Continue February 26, 2019 Status Conference* to be served via this Court's CM/ECF system and/or first class mail, postage prepaid, on the parties listed on the attached service list.

Dated: February 13, 2019

/s/ *Kathleen R. Cruickshank*
Kathleen R. Cruickshank (BBO #550675)
MURPHY & KING, P.C.
One Beacon Street
Boston, MA  02110
Tel:  (617) 423-0400
Fax: (617) 423-0498
Email:  kcruickshank@murphyking.com

754156v1/5021-001

**WILLIAM D. KWIATEK**
**Case No. 07-11753-MSH**
**CM/ECF SERVICE LIST**

### VIA CM/ECF

- Stephen A Cain    stephenaustincain@hotmail.com, dainrbirkley@hotmail.com
- Daniel C. Cohn    dcohn@murthalaw.com, lmulvehill@murthalaw.com
- Stephen G. DeLisle    sdelisle@rubinrudman.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- William H. Harris    wharris@zwickerpc.com
- Robert A. McCall    rmccall@peabodyarnold.com
- Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com;dkonusevska@murphyking.com
- Andrew M. Osborne    aosborne@osbornefontelaw.com, Contact@osbornefontelaw.com
- Nicholas L. Triantos    nltlaw@nltlegal.com, G3651@notify.cincompass.com
- Stephen Valente    SV@DGANDL.COM, mbd@dgandl.com;jf@dgandl.com;bd@dgandl.com

### VIA FIRST CLASS MAIL

Craig Jalbert
Verdolino & Lowey, P.C.
124 Washington St.
Foxboro, MA 02035

Emeka Oniah
RE/MAX Regency
1418 W. Kern Road
Marion, IN 46952

Nicholas Triantos
Nicholas Triantos Attorney at Law
Lynnfield Woods
220 Broadway, Suite 403
Lynnfield, MA 01940