# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| **In re:** ) | |
| ) | **Chapter 7** |
| **WILLIAM D. KWIATEK,** ) | **Case No. 07-11753-MSH** |
| ) | |
| **Debtor.** ) | |

## CERTIFICATE OF SERVICE

I, Kathleen R. Cruickshank, hereby certify that on August 14, 2019, I caused a copy of the attached *Notice of Nonevidentiary Hearing* to be served via this Court's CM/ECF service, electronic mail, and first class mail, postage prepaid, upon the parties listed on the attached service list.

/s/ Kathleen R. Cruickshank
Kathleen R. Cruickshank (BBO #550675)
Murphy & King, P. C.
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Fax: (617) 423-0498

Dated: August 14, 2019    kcruickshank@murphyking.com

**WILLIAM D. KWIATEK**
**Case No. 07-11753-MSH**
**LONG SERVICE LIST**

### VIA CM/ECF

- Stephen A Cain    stephenaustincain@hotmail.com, dainrbirkley@hotmail.com
- Stephen G. DeLisle    sdelisle@rubinrudman.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- William H. Harris    wharris@zwickerpc.com
- Robert A. McCall    rmccall@peabodyarnold.com
- Richard E. Mikels    rmikels@pszjlaw.com
- Harold B. Murphy    mxc@hanify.com, ma33@ecfcbis.com;dkonusevska@murphyking.com
- Andrew M. Osborne    aosborne@osbornefontelaw.com, Contact@osbornefontelaw.com
- Nicholas L. Triantos    nltlaw@nltlegal.com, G3651@notify.cincompass.com
- Stephen Valente    SV@DGANDL.COM, mbd@dgandl.com;bd@dgandl.com

### VIA ELECTRONIC MAIL

Steve Blonder - srblonder@gmai.com

### VIA FIRST CLASS MAIL

Jeffrey A. Schreiber, Esq.
c/o William H. Harris
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

Testa, Hurwitz & Thibeault, LLP
Osborne & Fonte
20 Eastbrook Road, Suite 304
Dedham, MA  02026

Chase
P.O. Box 15650
Wilmington, DE 19886-5650

Homeq Servicing
P.O. Box 13716
Sacramento, CA 95853-3716

Melvin Schrieber
3000 Marcus Avenue
Lake Success, NY  11042

Suzanne Schrieber
24 Appleton Lane
Boxford, MA  01921

Andrew Osborne
20 Eastbrook Road
Suite 304
Dedham, MA 02026

Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438-5908

Internal Revenue Service
Special Procedures Function Stop 20800
P.O. Box 9112, JFK Building
Boston, MA 02203

Internal Revenue Service
15 New Sudbury St.
PO Box 9112
Stop 20800
Boston, MA 02203

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Mass Dept of Revenue
Bankruptcy Unit
P.O. Box 55484
Boston, MA 02202

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Peoples Choice Home Loan Inc.
7515 Irvine Center Drive
Irvine, CA 92618

Thomas Frongillio
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

Robert T Gill
Peabody & Arnold
30 Rowes Wharf
Boston, MA 02110-3342

Craig Jalbert
Verdolino & Lowey, P.C.
124 Washington Street
Pine Brook Office Park
Foxboro MA 02035

Sunrise Credit Services
260 Airport Plaza
Farmingdale, NY 11735-3946

Emeka Oniah
RE/MAX Regency
1418 W. Kern Road
Marion, IN 46952

Universal Fidelity
P.O. 941911
Houston, TX 77094-8911

Suzanne E. Schreiber
c/o Christopher W. Parker
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Michael Cedrone, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

Suzzanne Schrieber
c/o Paul Zwicker, Zwicker & Associates
80 Minuteman Road
Andover, Ma 01810

William D. Kwiatek
10 Ipswich River Road
Danvers, MA 01923

Daniel J. Vitello
Bankruptcy Exchange Inc.
2952 Seneca Street
West Seneca, NY 14224

John Marshall
JM Partners LLC
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656

760104v1/5021-001

Ken Echi
Alpha Assets Corp.
42 Broadway, 12 Floor
New York, NY 10004

Edmond J. Piecewicz
P.O. Box 86
Stow, MA 01775

Jon Rabbanian
Tov Equities
550 S. Hill Street Suite 1420
Los Angeles, CA 90013

Kimberly Ragozine, Legal Assistant
SM LAW PC
P.O. Box 530
49 Old Turnpike Road
Oldwick, NJ 08858

Jeremiah John Rivera
Cash For Interests, LLC.
158 Rainbow Drive
Livingston, TX 77399

760104v1/5021-001

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: William D. Kwiatek ,
Debtor

Chapter: 7
Case No: 07−11753
Judge Melvin S. Hoffman

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **9/10/19 at 10:15 AM** before the Honorable Judge Melvin S. Hoffman, Courtroom 2, J.W. McCormack Post Office & Court House, 5 Post Office Square, 12th Floor, Boston, MA 02109−3945 to consider the following:

> [329] Motion filed by Trustee Harold B. Murphy for Entry of Order Approving and Establishing Sale Procedures and Termination Fee Provisions in Connection with Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances

**OBJECTION/RESPONSE DEADLINE: SEPTEMBER 4, 2019 4:30 PM**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.

3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:8/14/19

By the Court,

Regina Brooks
Deputy Clerk
617−748−5337

**Emergency Closings:** To find out if the Court will be closed in case of stormy weather or other emergency, dial (617) 748−5314 or (866) 419−5695 (toll free) for a recorded message.