**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **In re:** | ) |
|  | ) |
|  | ) **Chapter 7** |
| **WILLIAM D. KWIATEK,** | ) **Case No. 07-11753-MSH** |
|  | ) |
| **Debtor.** | ) |
|  | ) |

**CERTIFICATE OF SERVICE**

I, Kathleen R. Cruickshank, hereby certify that on September 9, 2019, I caused a copy of the (i) *Notice of Intended Private Sale and Deadlines for Filing Objections and Counteroffers* and (ii) *Order Approving and Establishing Sale Procedures and Approving Termination Fee Provisions* to be served via this Court's CM/ECF service, electronic mail, and first class mail, postage prepaid, upon the parties listed on the attached service list.

    */s/ Kathleen R. Cruickshank*
    Kathleen R. Cruickshank (BBO #550675)
    Murphy & King, P. C.
    One Beacon Street
    Boston, MA 02108
    Tel: (617) 423-0400
    Fax: (617) 423-0498
Dated: September 9, 2019     kcruickshank@murphyking.com

**WILLIAM D. KWIATEK**
**Case No. 07-11753-MSH**
**LONG SERVICE LIST**

## VIA CM/ECF

- Stephen A Cain     stephenaustincain@hotmail.com, dainrbirkley@hotmail.com
- Stephen G. DeLisle     sdelisle@rubinrudman.com
- John Fitzgerald     USTPRegion01.BO.ECF@USDOJ.GOV
- William H. Harris     wharris@zwickerpc.com
- Robert A. McCall     rmccall@peabodyarnold.com
- Richard E. Mikels     rmikels@pszjlaw.com
- Harold B. Murphy     mxc@hanify.com, ma33@ecfcbis.com;dkonusevska@murphyking.com
- Andrew M. Osborne     aosborne@osbornefontelaw.com, Contact@osbornefontelaw.com
- Nicholas L. Triantos     nltlaw@nltlegal.com, G3651@notify.cincompass.com
- Stephen Valente     SV@DGANDL.COM, mbd@dgandl.com;bd@dgandl.com

## VIA ELECTRONIC MAIL

Steve Blonder - srblonder@gmail.com

## VIA FIRST CLASS MAIL

Jeffrey A. Schreiber, Esq.
c/o William H. Harris
Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810

Melvin Schrieber
3000 Marcus Avenue
Lake Success, NY 11042

Testa, Hurwitz & Thibeault, LLP
Osborne & Fonte
20 Eastbrook Road, Suite 304
Dedham, MA 02026

Suzanne Schrieber
24 Appleton Lane
Boxford, MA 01921

Chase
P.O. Box 15650
Wilmington, DE 19886-5650

Andrew Osborne
20 Eastbrook Road
Suite 304
Dedham, MA 02026

Homeq Servicing
P.O. Box 13716
Sacramento, CA 95853-3716

Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438-5908

Internal Revenue Service
Special Procedures Function Stop 20800
P.O. Box 9112, JFK Building
Boston, MA 02203

Internal Revenue Service
15 New Sudbury St.
PO Box 9112
Stop 20800
Boston, MA 02203

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Mass Dept of Revenue
Bankruptcy Unit
P.O. Box 55484
Boston, MA 02202

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Peoples Choice Home Loan Inc.
7515 Irvine Center Drive
Irvine, CA 92618

Thomas Frongillio
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

Robert T Gill
Peabody & Arnold
30 Rowes Wharf
Boston, MA 02110-3342

Craig Jalbert
Verdolino & Lowey, P.C.
124 Washington Street
Pine Brook Office Park
Foxboro MA  02035

Sunrise Credit Services
260 Airport Plaza
Farmingdale, NY 11735-3946

Emeka Oniah
RE/MAX Regency
1418 W. Kern Road
Marion, IN 46952

Universal Fidelity
P.O. 941911
Houston, TX 77094-8911

Suzanne E. Schreiber
c/o Christopher W. Parker
Rubin and Rudman LLP
50 Rowes Wharf
Boston, MA 02110

Michael Cedrone, Esq.
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

Suzzanne Schrieber
c/o Paul Zwicker, Zwicker & Associates
80 Minuteman Road
Andover, Ma 01810

William D. Kwiatek
10 Ipswich River Road
Danvers, MA  01923

Daniel J. Vitello
Bankruptcy Exchange Inc.
2952 Seneca Street
West Seneca, NY 14224

John Marshall
JM Partners LLC
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656

760104v1/5021-001

Ken Echi
Alpha Assets Corp.
42 Broadway, 12 Floor
New York, NY 10004

Edmond J. Piecewicz
P.O. Box 86
Stow, MA 01775

Jon Rabbanian
Tov Equities
550 S. Hill Street Suite 1420
Los Angeles, CA 90013

Kimberly Ragozine, Legal Assistant
SM LAW PC
P.O. Box 530
49 Old Turnpike Road
Oldwick, NJ 08858

Jeremiah John Rivera
Cash For Interests, LLC.
158 Rainbow Drive
Livingston, TX 77399